| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) PHILLIPS, KEITH L. | 2. Court or Organization RICHMOND DIVISION - US BANKRUPTCY COURT - EASTERNDIVISION VA | 3. Date of Report 01/29/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address 701 EAST BROAD STREET, 5TH FLOOR RICHMOND, VA 23219 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | GENERAL PARTNER | EKP ASSOCATES, L.C. |
| 2. | LLC MEMBER | BLVD, LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | ORAL AGREEMENT WITH FORMER LAW FIRM TO RECEIVE COMPENSATION FOR LEGAL SERVICES RENDERED PRIOR TO BECOMING A JUDGE. NO CONTROL IN FORMER LAW FIRM. |
| 2. | 2013 | ORAL AGREEMENT WITH SUCCESSOR CHAPTER 7 TRUSTEES TO RECEIVE COMMISSIONS EARNED FOR SERVICES PERFORMED PRIOR TO BECOMING A JUDGE. NO CONTROL OVER TRUSTEE CASES. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 01/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | PHILLIPS & FLECKENSTEIN, LLC (RESIDUAL SALARY) | $30,000.00 |
| 2. | 2014 | TRUSTEE INCOME (GROSS) | $60,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Government | 08/12/14 - 08/17/14 | Boston, MA | National Workship for Bankruptcy Judes | Air Fare/Lodging/Food/Transportation/Parking/Baggage/Mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 01/29/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JPMORGAN CHASE BANK | MORTGAGE - RENTAL PROPERTY #1/RICHMOND, VA (PT VII, LINE 1) | K |
| 2. | CITIMORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #1/ RICHMOND, VA (PT VII, LINE 2) | K |
| 3. | CITIMORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #2/ RICHMOND, VA (PT VII, LINE 2) | K |
| 4. | CITIMORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #3/ RICHMOND, VA (PT VII, LINE 2) | K |
| 5. | OCWEN MORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #4/ RICHMOND, VA (PT VII, LINE 2) | K |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 01/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTY #1/RICHMOND, VA 2002 - $36,750 (50%) | D | Rent | L | R | | | | | |
| 2. EKP ASSOCIATES LC - RENTAL PROPERTIES/RICHMOND, VA (50%) | E | Rent | N | U | | | | | |
| 3. BLVD, LLC (50% OWNERSHIP) | B | Distribution | M | U | | | | | |
| 4. WELLS FARGO - CHECKING ACCOUNT | A | Int./Div. | K | T | | | | | |
| 5. BB&T #1 - CHECKING ACCOUNT | | None | J | T | | | | | |
| 6. BB&T #2 - CHECKING ACCOUNT | | None | K | T | | | | | |
| 7. FIDELITY INVESTMENTS - CASH ACCOUNT | A | Int./Div. | K | T | | | | | |
| 8. (H) FIDELITY INVESTMENTS | | | | | | | | | |
| 9. CIT BK SALT LAKE CITY UT | | None | J | T | Buy | 11/14/14 | J | | |
| 10. GE CAP BK INC RETAIL CD | | None | J | T | Buy | 11/06/14 | J | | |
| 11. SALLIE MAE BK SLT LAKE CITY UT | | None | J | T | Buy | 12/02/14 | J | | |
| 12. STATE BK INDIA CHICAGO ILL | | None | J | T | Buy | 11/14/14 | J | | |
| 13. GOLDMAN SACHS BK USA NY | | None | J | T | Buy | 11/06/14 | J | | |
| 14. SALLIE MAE BK SLT LAKE CITY UT | | None | J | T | Buy | 11/06/14 | J | | |
| 15. GE CAP RETAIL BK DRAPER UTAH | A | Int./Div. | J | T | Buy | 11/06/14 | J | | |
| 16. GE CAP BK IN RETAIL CD | | None | J | T | Buy | 11/06/14 | J | | |
| 17. STATE BK INDIA NEW YORK NY | | None | J | T | Buy | 12/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 01/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GE CAP RETAIL BK DRAPER UTAH | A | Int./Div. | K | T | Buy | 11/06/14 | K | | |
| 19. AMERICAN EXP FED SVGS BK INSTL | | None | J | T | Buy | 11/06/14 | J | | |
| 20. GE CAP RETAIL BK DRAPER UTAH | | None | J | T | Buy | 11/06/14 | J | | |
| 21. BANK INTERNET USA SAN DIEGO CA | A | Int./Div. | J | T | Buy | 11/06/14 | J | | |
| 22. GE CAP BK INC RETAIL CD | | None | J | T | Buy | 11/06/14 | J | | |
| 23. GE CAP BK INC CD | A | Int./Div. | J | T | Buy | 11/06/14 | J | | |
| 24. GE CAP RETAIL BK DRAPER UTAH | A | Int./Div. | J | T | Buy | 11/06/14 | J | | |
| 25. FIDELITY INVESTMENTS CASH ACCOUNT | A | Int./Div. | K | T | Buy | 11/06/14 | K | | |
| 26. (H) JANNEY MONTGOMERY SCOTT LLC #1 | | | | | | | | | |
| 27. CLEARBRIDGE VALUE | | None | J | T | | | | | |
| 28. COLUMBIA MARS - STOCK | A | Dividend | J | T | | | | | |
| 29. IVY ASSET STRAT | B | Dividend | J | T | Buy (add'l) | 12/12/14 | J | | |
| 30. MFS TTL RET A | A | Dividend | J | T | | | | | |
| 31. ROYCE PA MUTL CONSULT - STOCK | B | Dividend | J | T | | | | | |
| 32. TAYLOR CAP A PERPTL PFD | A | Dividend | | | Sold | 08/14/14 | J | | |
| 33. JANNEY INSURED SWP | A | Int./Div. | L | T | | | | | |
| 34. VA ST RES AUTH - TAX EXEMPT OID | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 01/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. (H) JANNEY MONTGOMERY SCOTT LLC #2 | | | | | | | | | |
| 36. GLOBAL X CHINA FINANCIALS ETF | A | Dividend | J | T | Buy | 08/15/14 | J | | |
| 37. ISHARES | A | Dividend | | | Buy | 01/16/14 | J | | |
| 38. | | | | | Sold | 08/15/14 | J | A | |
| 39. ISHS CORE S&P MDCP | A | Dividend | J | T | | | | | |
| 40. MKT VECT INTRM MUN | A | Dividend | J | T | | | | | |
| 41. PWRSH VRDO TAX FR WK | A | Dividend | J | T | | | | | |
| 42. SECTOR ENERGY SELECT | A | Dividend | J | T | | | | | |
| 43. SECTOR FINANCIAL SELECT | A | Dividend | J | T | Buy | 08/15/14 | J | | |
| 44. SECTOR TECHNOLOGY | A | Dividend | J | T | | | | | |
| 45. SPDR S&P 500 | A | Dividend | J | T | | | | | |
| 46. VANGUARD HEALTH CARE | A | Dividend | J | T | Buy | 08/15/14 | J | | |
| 47. WSDMTR JPN HEDG EQ | A | Dividend | J | T | | | | | |
| 48. WSDMTR TRUST EUROPE HEADGE FUND | A | Dividend | J | T | Buy | 11/25/14 | J | | |
| 49. DOMINION VIRGINIA POWER | | None | | | Sold | 01/14/14 | K | D | |
| 50. DOMINION VIRGINIA POWER | | None | | | Sold | 01/14/14 | J | A | |
| 51. VIRGINIA 529 PREPAID PLAN #1 - 8 SEMESTER TIER I | | None | K | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 01/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VIRGINIA 529 PREPAID PLAN #2 - 8 SEMESTER TIER I | | None | K | V | | | | | |
| 53. VIRGINIA 529 PREPAID PLAN #3 - 8 SEMESTER TIER I | | None | J | V | | | | | |
| 54. IRA #1 | D | Dividend | M | T | | | | | |
| 55. - CASH ACCOUNT | | | | | | | | | |
| 56. - INVESCO EQUALLY WEIGHTED S&P FUND | | | | | Buy | 11/25/14 | J | | |
| 57. - ALLIANCE BERNSTEIN GLOBAL THEMATIC GROWTH FUND | | | | | | | | | |
| 58. - COHEN AND STEERS INTERNATIONAL REALTY FUND | | | | | | | | | |
| 59. - COLUMBIA MARSICO FOCUSD EQUITY FUND | | | | | | | | | |
| 60. - FIRST TRUST FINANCIAL ALPHADEX ETF | | | | | | | | | |
| 61. - FIRST TRUST INDUSTRIAL PRODUCER DURABLE ALPHADEX ETF | | | | | Buy | 02/28/14 | J | | |
| 62. - GOLDMAN SACHS MLP INCOME OPPORTUNITIES FUND | | | | | | | | | |
| 63. - HENDERSON EUROPEAN FOCUS FUND | | | | | Buy | 01/06/14 | J | | |
| 64. -HENDERSON EUROPEAN FOCUS FUND | | | | | Buy (add'l) | 02/18/14 | J | | |
| 65. - CLEARBRIDGE VALUE FUND | | | | | | | | | |
| 66. - CLEARBRIDGE SPECIAL INVESTMENT FUND | | | | | | | | | |
| 67. - MILLER INCOME OPPORTUNITY FUND | | | | | Buy | 03/17/14 | J | | |
| 68. - LEGG MASON OPPORTUNITY FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 01/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - MFS GROWTH FUND | | | | | | | | | |
| 70. - MFS INVESTORS GROWTH FUND | | | | | | | | | |
| 71. - PIMCO REAL RETURN FUND | | | | | | | | | |
| 72. - PIMCO TOTAL RETURN | | | | | Sold | 05/30/14 | J | | |
| 73. - PIMCO INCOME FUND | | | | | Buy | 11/25/14 | J | | |
| 74. - WESTERN ASSET CORE BOND FUND | | | | | | | | | |
| 75. IRA #2 | B | Int./Div. | M | T | | | | | |
| 76. - CASH DEPOSIT ACCOUNTS | | | | | | | | | |
| 77. - SCHWAB VALUE ADVANTAGE | | | | | | | | | |
| 78. - SCHWAB DIVIDEND EQUITY FUND | | | | | | | | | |
| 79. - SCHWAB FUNDAMENTAL US LARGE CO INDEX | | | | | | | | | |
| 80. - SCHWAB MARKETTRACK GROWTH | | | | | | | | | |
| 81. - SCHWAB S&P 500 INDEX FUND | | | | | | | | | |
| 82. - SCHWAB TOTAL STOCK MKT INDEX | | | | | | | | | |
| 83. - SCHWAB 1000 INDEX FUND | | | | | | | | | |
| 84. - T ROWE PRICE RETIREMENT 2030 FUND | | | | | | | | | |
| 85. - VANGUARD WELLESLEY INCOME FD INVESTOR SHARE | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 01/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 40 - VALUE IS BASED ON REFUNDABLE VALUE PROVIDED BY THE VIRGINIA529 COLLEGE SAVINGS PLAN

PART VII, LINE 41 - VALUE IS BASED ON REFUNDABLE VALUE PROVIDED BY THE VIRGINIA529 COLLEGE SAVINGS PLAN

PART VII, LINE 42 - VALUE IS BASED ON REFUNDABLE VALUE PROVIDED BY THE VIRGINIA529 COLLEGE SAVINGS PLAN

PART VII, VARIOUS LINES  - ON THE INITAL REPORT, ASSETS WERE LISTED UNDER JANNEY MONTGOMERY SCOTT LLC #2 THAT SHOULD NOT HAVE BEEN LISTED.  IN REVIEWING THE DATA WITH SUE IN THE COMMITTEE OFFICE, IT WAS DETERMINED THAT MANY OF THE ASSETS THAT WERE LISTED ON THE INTIAL REPORT HAD A VALUE UNDER $1,000 AND INCOME UNDER $200.  THE ASSETS THAT WERE DELETED ORIGINALLY APPEARED ON THE INITIAL REPORT ON LINES 18-21; 23-29; 31; 36-37 AND 39.

PART VII, LINES 49, 50 AND 72 - DOMINION VIRGINIA POWER AND PIMCO TOTAL RETURN WERE NOT LISTED ON THE INTITIAL REPORT BECAUSE THEY WERE SOLD BETWEEN 01/01/14 AND THE END DATE OF 05/31/14.  DOMINION VIRGINIA POWER WAS SOLD ON 01/17/14 AND PIMCO TOTAL RETURN (ACCORDING TO THE BROKER) WAS SOLD AT VARIOUS TIMES FROM 01/01/14 - 05/30/14 (THE 2014 REPORT INDICATED THAT THE SALE TOOK PLACE 11/25/14; THAT HAS BEEN CHANGED TO REFLECT 05/30/14 - THE LAST WORKING DAY OF THE INITIAL REPORT).  THEREFORE, NEITHER DOMINION VIRGINIA POWER OR PIMCO TOTAL RETURN HAD A VALUE REPORTABLE ON THE INITIAL REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ KEITH L. PHILLIPS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544